```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

DIANA MEY,

      Plaintiff,

v.                                                  Civil Action No. 5:19CV176
                                                                          (STAMP)

MONITRONICS INTERNATIONAL, INC.
d/b/a BRINKS HOME SECURITY and
HOME SECURITY USA, LLC d/b/a
COLORADO'S HOME SECURITY USA,

      Defendants.

## ORDER STAYING PROCEEDINGS AS TO DEFENDANT
## MONITRONICS INTERNATIONAL, INC.

      On July 1, 2019, the defendant Monitronics International, Inc. filed a suggestion of bankruptcy and gave notice that it filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.  ECF No. 10.

      Accordingly, pursuant to 11 U.S.C. § 362 of the United States Bankruptcy Code, the present case against the defendant Monitronics International, Inc. is automatically STAYED.  Monitronics International, Inc. is DIRECTED to advise this Court promptly when and if the stay is lifted or of any other proceedings in the Bankruptcy Court that may affect the stay.

      IT IS SO ORDERED.

      The Clerk is DIRECTED to transmit a copy of this order to counsel of record herein.

DATED:    July 2, 2019


                                    /s/ Frederick P. Stamp, Jr.
                                    FREDERICK P. STAMP, JR.
                                    UNITED STATES DISTRICT JUDGE