IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY**,

       Plaintiff,

v.                                                  **Civil Action No. 5:19-CV-176**
                                                               Judge Bailey

**MONITRONICS INTERNATIONAL,
INC.**, d/b/a Brinks Home Security,

       Defendant.

## ORDER SETTING TRIAL

Pending before this Court is the Parties' Submission of Proposed Trial Dates [Doc. 102], filed March 31, 2021.  For reasons appearing to the Court, the **trial** in this matter is set for **August 11, 2021 at 9:00 a.m. in Wheeling, West Virginia**.  Additionally, the **pretrial conference** in this matter is hereby set for **August 2, 2021, at 4:00 p.m.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: April 5, 2021.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE