IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY,

    Plaintiff,

v.                                                                    Civil Action No. 5:19-cv-176

MONITRONICS INTERNATIONAL, INC. d/b/a
BRINKS HOME SECURITY; and HOME SECURITY USA,
LLC D/B/A COLORADO'S HOME SECURITY USA,

    Defendants.

## STIPULATION AND ORDER OF DISMISSAL

Comes now Plaintiff Diana Mey, by her counsel, and Defendant Monitronics International, Inc., d/b/a Brinks Home Security, by its counsel, and stipulate to the dismissal of this action, with prejudice.

In accordance with the foregoing stipulation, this action is hereby DISMISSED WITH PREJUDICE.

Dated this **12** day of **October**, 2021.

_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

1